**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **David Burlingame,** | ) | |
| | ) | **CASE NO. 5:25CV2800** |
| | ) | |
| | ) | |
| **Plaintiff(s),** | ) | **JUDGE JOHN R. ADAMS** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | **ORDER** |
| **Argo Private Client Group Ltd., et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendant(s).** | ) | |

On July 8, 2026, the Magistrate Judge issued her Report and Recommendation ("R&R") (Doc. 88) recommending that this matter be dismissed without prejudice for failure of service. The R&R also recommended the denial of Defendants' motion for sanctions for failure to comply with the safe harbor provision.    On July 22, 2026, Defendants objected to the R&R but only on the basis that they believed dismissal **with** prejudice should have been the recommendation.   On July 23, 2026, Plaintiff filed a notice of dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a).

Initially, the Court would note that there does not appear to be authority to prevent Plaintiff's notice of dismissal at this stage of the proceedings.  While in the Prison Litigation Reform Act context some courts have found a basis to deny a 41(a) dismissal, the Court has not located such authority for general civil litigation.   Moreover, the Court would note that Defendants' objections are focused upon a failure to prosecute theory which ignores that the R&R properly found dismissal to be appropriate for failure of service.   Accordingly, the ultimate result here -- dismissal without prejudice – would remain the same even absent the 41(a) notice from

Plaintiff.

Accordingly, this matter is hereby dismissed without prejudice.  The R&R's recommendation that the motion for sanctions be DENIED for failure to comply with the safe harbor provision is ADOPTED without objection.  The motion for sanctions (Doc. 78) is DENIED.

IT IS SO ORDERED.

Date: July 29, 2026                               */s/John R. Adams*
                                                          John R. Adams
                                                          U.S. District Judge